WR-23,263-04

RECEIVED IN COURT OF CRIMINAL APPEALS OCT 23 2015 Abel Acosta, Clerk

23,263-04

CAUSE NO. 10-12-13632-CR

William Walter JOBE §   IN THE 359th

V   §   DISTRICT COURT

Attorney K.S. GATOR DUNN §   MONTGOMERY COUNTY

DATE: 10 26 15
FILE IN WRIT FILE
BY: LAR

ORDER FROM William Walter JOBE TO
ATTORNEY K.S. GATOR DUNN WITHDRAW 11.07

K.S. GATOR DUNN THIS IS A ORDER FROM ME William Walter JOBE. THE Habeas Corpus You Filed 7-21-2015 ON CASE NO. 10-12-13632-CR IT WAS TO HARM ME AND AGAINST MY Will.
I William Walter JOBE ORDER YOU TO Pull THAT 11.07 HAbeas Corpus OUT OF THE COURTS MONTGOMERY COUNTY AND COURT OF CRIMINAL APPeals. YOU K.S. GATOR DUNN WAS NOT ATTORNEY OF RECORD 7-21-2015.
I William Walter JOBE did NOT Ask You To File This 11.07 HAbeas Corpus. And THis MARIANE Glick ThaT has Told You To File THis 11.07 HAbeas Corpus does NOT HAVE Power of ATTORNEY over ME. I Will be Filing CRIMINAL CHARGES ON MARIANE Glick over This 11.07 HAbeas Corpus. THE COURTS GOT A GUILTY

Plea ON MY CASE. I Plead NOT GuilTY
The 359Th DisTrict CoueT said I Plead GuilTY
To 40 YEAR'S T.D.C.J. I Did NOT.
IF THE 359Th Pulled THE GuilTY Plea
11-21-2011 _____ THEY HAd To Pull The
40 YEARS T.D.C.J. To

I WILLIAM WalTer JoBE Am ORDERING You
K.S. GATOR DUNN TO WITHDRAW THE
11.07 HAbeAS CoRPus You Filed 7-21-2015
YOU WERE NOT MY ATTORNEY OR WAS Your NAME
ATTORNEY OF RELoed. ON 7-21-2015,
NOW You Put YOuR NAME AS MY ATTORNEY AGAinsT MY
Will. I ORDER You K.S. GATOR DUNN To
WithDraw 11.07 HAbeAS CoRPus FRom CoueT of
CRiMiNAl APPeals. THis is MY FoueTh MoTionTelling
AND ORDERING YOU And CourTs Take 11.07 HAbeAS
CoRPus OuT OF DisTRicT CourT. NOW CoueTof
CRiMiNAl APPeals I Will be RePoRTING You To
STATe BAR OF TEXAS. JudGE HAmilToN 359Th
DisTRicT CoueT WAS dismissiNG MY 2008 D.W.I.
DAY Before 7-21-2015 You Filed This 11.07 HAbeAS
CoRPus I Do NOT HAve The 2 PRiOR'S D.U.I.
THAT ARE IN MY INDICTMENT 10-12-13632-CR
To MAke MY 2008 D.W.I. A FELoNY.

## CERTIFICATE OF SERVICE

This is to certify that on ___OCT 15___ 2015 A True And correct copy of the Above And foregoing document was served on the District Attorney's office District clerk, And court of criminal Appeals by U.S. mail

Respectfully Submitted

_William W. Jobe 55_

William Walter Jobe

## UNSWORN DECLARATION PURSUANT TO 28 U.S.C. 1746

I William Walter Jobe 1692994 Am the defendant of Criminal Justice Institutional Divison At The Michael Unit, declare under Penalty of Perjury That According to my belief, the Facts Stated in The Above ORDER From William Walter Jobe To ATTORNEY K.S. GATOR Dunn To With Draw 7-21-2015 Habeas Corpus Are True And Correct.

SIGNED IN This 15 day of OCT. 15, 2015

Respectfully Submitted

_William W. Jobe 55_

William Walter Jobe

William Walter Jobe
1692994
Michael Unit
2664 FM 2054
TENNESSEE Colony TX. 75886

Cause No. 10-12-13632-CR

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| WILLIAM WALTER JOBE | § | 359th JUDICIAL DISTRICT |

## STATE'S MOTION TO ADOPT PLEADINGS

Comes Now the State of Texas, by and through its Assistant Criminal District Attorney, in the above styled and numbered cause and files this motion to adopt certain pleadings and motions heretofore filed and as grounds thereof would show the Court the following:

### I.

The State has filed motions and pleadings in Cause Number 08-08-07862-CR.

### II.

The State requests that all such motions and rulings thereon be adopted by reference and incorporated by reference on behalf of the State in this case. Such motions and pleadings, the grounds stated therefore, and the rulings thereon are essential to the State in order to prosecute this case.

### III.

WHEREFORE, PREMISES CONSIDERED, the State prays that this Motion to Adopt be granted and that all such motions and pleadings and the rulings thereon be adopted and incorporated in behalf of the State in this case.

Respectfully Submitted,

_____
Echo Coleman
Assistant District Attorney
Montgomery County, Texas
SBN: 24065062

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above-listed motion was delivered to M. Griffin, attorney for the Defendant, on this the _17th_ day of _December_, 2010.

_____
Echo Coleman, Assistant District Attorney

5

Cause No. 10-12-13632-CR

THE STATE OF TEXAS § IN THE DISTRICT COURT OF
§
v. § MONTGOMERY COUNTY, TEXAS
§
WILLIAM WALTER JOBE § 359th JUDICIAL DISTRICT

RECEIVED & FILED FOR RECORD
SLADDEN ADAMICK, DIST
MONTGOMERY COUNTY, TEX
2010 DEC 17 PM 2: 12
DEPUTY

## ORDER

The Court, having considered the State's Motion to Adopt Pleadings, said motion is hereby granted/denied.

_____
Judge Presiding

12-21-10

6

NO. _____

IN THE COURT OF APPEALS FOR THE

NINTH JUDICIAL DISTRICT OF TEXAS

AT BEAUMONT, TEXAS

**************************************************

**WILLIAM JOBE**
Appellant,

v.

**THE STATE OF TEXAS**
Appellee.

**************************************************

FROM THE 359TH DISTRICT COURT OF MONTGOMERY COUNTY
CAUSE NUMBER 10-02-13632-CR

**************************************************

## DOCKETING STATEMENT

**************************************************

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW William Jobe, Appellant, by and through counsel, and submits this docketing statement pursuant to Rule 32.2 of the Texas Rules of Appellate Procedure, and would show this Court the following:

| 1. | APPELLANT'S NAME: | William Jobe |
|---|---|---|
| 2. | TRIAL COUNSEL: | Michael Griffin<br>300 W. Davis Suite 540<br>Conroe, TX 77301<br>Telephone: (936) 539-1011<br>Facsimile: (936) 539-1002 |
| 3. | APPELLATE COUNSEL: | Scott Pawgan<br>P.O. Box 8930<br>Huntsville, TX 77340<br>Telephone: (936) 435-1380<br>Facsimile: (936) 435-1652 |
| 4. | DATE TRIAL COURT IMPOSED SENTENCE IN OPEN COURT: | January 5, 2011 |
| 5. | OFFENSE CHARGED: | Driving While Intoxicated 3rd or More |
| 6. | DATE OF ALLEGED OFFENSE: | April 30, 2008 |
| 7. | DEFENDANT'S PLEA: | N/A |
| 8. | TRIAL IN GUILT PHASE: | Guilty Plea |
| 9. | TRIAL IN SENTENCING PHASE: | No Jury |
| 10. | DATE NOTICE OF APPEAL FILED IN TRIAL COURT: | February 11, 2011 |
| 11. | PUNISHMENT ASSESSED: | Forty Years Institutional Division in Texas Department of Criminal Justice |
| 12. | APPEAL FROM PRETRIAL ORDER? | Undetermined |
| 13. | APPEAL INVOLVING THE VALIDITY OF A STATUTE, RULE OR ORDINANCE? | Undetermined |
| 14. | CHALLENGE TO THIS COURT'S JURISDICTION: | No |
| 15. | DATE OF MOTION FOR NEW TRIAL: | N/A |

| 16. | MOTION IN ARREST OF JUDGMENT FILED? | No |

17. TRIAL COURT AND RECORD:

359th Judicial District Court of Montgomery County; Cause No. 10-12-13632-CR

18. TRIAL JUDGE:

The Honorable Kathleen Hamilton
District Judge
207 W. Phillips
Suite 305
Conroe, TX 77301

19. DISTRICT CLERK:

Barbara Gladden Adamick
District Clerk
301 North Main
Conroe, TX 77301

20. CLERK'S RECORD REQUESTED:

February 11, 2011

21. COURT REPORTER:

Darlene Forville
Court Reporter
207 W. Phillips
Suite 305
Conroe, TX 77301

22. REPORTER'S RECORD REQUESTED:

February 11, 2011

23. APPROXIMATE LENGTH OF TRIAL:

2 Days

24. APPELLANT'S INDIGENCE:

Appellant was determined by the Court to be indigent prior to the trial of this case and was represented by Court appointed Counsel. Appellant continues to be indigent.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Docketing Statement was served by certified United States Mail, first class delivery prepaid, on the Montgomery County District Attorney.

Respectfully submitted,

Scott Pawgan
Attorney for Appellant